petition for a writ of mandamus herein denied. *Mrs. E. L. Burget, pro se.*

---

No. 749. STATE OF TEXAS *v.* DAVID FASKEN, A. FASKEN, ROBERT FASKEN, ET AL. Appeal from the District Court of the United States for the Western District of Texas. Motion to dismiss submitted May 16, 1927. Decided May 31, 1927. *Per Curiam.* Appeal dismissed for want of jurisdiction under the provisions of the Act of February 13, 1925, 43 Stat. 936. Motion of the appellant to transfer the case to the Circuit Court of Appeals for the Fifth Circuit is denied under the same Act. The motion in the alternative to docket as an original cause is denied without prejudice. *Mr. Charles L. Black* for appellees, in support of the motion. *Messrs. Dan Moody, Claude Pollard,* and *D. A. Simmons* for the State of Texas, in opposition thereto.

---

No. 903. ANNA E. HOLLOWAY NONES, INDIVIDUALLY AND AS EXECUTRIX OF EDWARD LEE HOLLOWAY, DECEASED, *v.* GRACE SUZANNE HOLLOWAY, INFANT, AND MARIE CALOU, GUARDIAN OF THE PERSON & ESTATE OF GRACE SUZANNE HOLLOWAY, INFANT, ET AL.;

No. 904. ANNA E HOLLOWAY NONES, INDIVIDUALLY AND AS EXECUTRIX OF EDWARD LEE HOLLOWAY, DECEASED, *v.* GRACE SUZANNE HOLLOWAY, INFANT, AND MARIE CALOU, GUARDIAN OF THE PERSON & ESTATE OF GRACE SUZANE HOLLOWAY, INFANT, ET AL.;

No. 905. CLARENCE J. HOLLOWAY *v.* GRACE SUZANNE HOLLOWAY, INFANT, AND MARIE CALOU, GUARDIAN OF THE PERSON & ESTATE OF GRACE SUZANNE HOLLOWAY, INFANT, ET AL.; and

No. 906. CLARENCE J. HOLLOWAY *v.* GRACE SUZANNE HOLLOWAY, INFANT, AND MARIE CALOU, GUARDIAN OF THE PERSON & ESTATE OF GRACE SUZANNE HOLLOWAY,

INFANT, ET AL. Error to the Court of Appeals of the State of Maryland. Motions to dismiss or affirm submitted April 30, 1927. Decided May 31, 1927. *Per Curiam.* Dismissed for want of a federal question on the authority of *Shulthis* v. *McDougal,* 225 U. S. 561, 569; *Hull* v. *Burr,* 234 U. S. 712, 720; and *Norton* v. *Whiteside,* 239 U. S. 144, 147. *Messrs. Isaac L. Straus, Joseph C. France,* and *Charles McH. Howard* for defendants in error, in support of the motion. *Messrs. Edgar Allen Poe* and *E. Parkin Keech, Jr.,* for plaintiffs in error, in opposition thereto.

No. 996. E. J. ANGELO, HARRY PHILLIPS, AND C. E. WALL, TRADING, ETC., ET AL. *v.* CITY OF WINSTON-SALEM, THOS. BARBER, MAYOR, AND J. A. THOMAS, ETC. Error to the Supreme Court of the State of North Carolina. Motion to dismiss or affirm submitted May 16, 1927. Decided May 31, 1927. *Per Curiam.* Affirmed on the authority of *Natal* v. *Louisiana,* 139 U. S. 621. *Mr. Roy L. Deal* for defendants in error, in support of the motion. *Messrs. Oscar O. Efird, J. M. Wells, Jr.,* and *G. S. Ferguson, Jr.,* for plaintiffs in error, in opposition thereto.

No. —, original. UNITED STATES *v.* STATE OF IDAHO. June 6, 1927. The motion for leave to file bill of complaint is granted and process is ordered to issue returnable on Monday, October 3, next. *Attorney General Sargent* and *Solicitor General Mitchell* for the United States.

No. —, original. EX PARTE: IN THE MATTER OF APEX ELECTRIC MANUFACTURING COMPANY. June 6, 1927. The motion for leave to file petition for a writ of mandamus is denied without prejudice to an application for a writ of mandamus to the Circuit Court of Appeals for